1

2                                 UNITED STATES DISTRICT COURT

3                                 EASTERN DISTRICT OF CALIFORNIA

4

5    DONNA M.B. ANDERSON,                          1:16-cv-01931 SAB  (PC)

6                           Plaintiff,

7              v.                                   ORDER TO SUBMIT APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
8    DARRELL ADAMS, et al.,                         OR PAY FILING FEE WITHIN 45 DAYS

9                           Defendant.

10

11           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

12   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

13   forma pauperis pursuant to 28 U.S.C. § 1915.

14           Accordingly, IT IS HEREBY ORDERED that:

15           Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

16   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

17   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

18   **showing of good cause.  Failure to comply with this order will result in dismissal of this**

19   **action.**

20   IT IS SO ORDERED.

21

22   Dated:   __January 4, 2017__

                                                    _____
23                                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                                    1