UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M.B. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARRELL ADAMS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01931-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN SERVICE DOCUMENTS TO PLAINTIFF<br><br>[ECF No. 15] |

　　　Plaintiff Donna M.B. Anderson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff declined United States Magistrate Judge jurisdiction; therefore, this action was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 3, 2017, the Court denied, inter alia, Plaintiff's request to waive the screening requirement pursuant to 28 U.S.C § 1915A.  (ECF No. 19.)  Accordingly, pursuant to that February 3, 2017, order, Plaintiff's service documents which were lodged shall be returned to Plaintiff for resubmission if and when necessary.

IT IS SO ORDERED.

Dated:   **February 6, 2017**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1