UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M.B. ANDERSON,<br><br>                Plaintiff,<br><br>        v.<br><br>DARRELL ADAMS, et al.,<br><br>                Defendants. | Case No.: 1:16-cv-01931-DAD-SAB (PC)<br><br>SECOND ORDER DIRECTING CLERK OF COURT TO RETURN SERVICE DOCUMENTS TO PLAINTIFF |

Plaintiff Donna M.B. Anderson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 20, 2017, this Court received service of process documents from Plaintiff. However, by order filed February 3, 2017, Plaintiff was informed that the Court is required to screen the complaint pursuant to 28 U.S.C. § 1915A, and the Court cannot and will not order service of the complaint until the complaint is screened and found to state a cognizable claim.  On February 6, 2017, the Court directed the Clerk of Court to return the service documents to Plaintiff for resubmission if and when necessary.  The Court has yet to screen the complaint and therefore submission of the service of process documents is again premature.  Therefore, the Court will direct the Clerk of Court to return the service documents to Plaintiff.  Because the Court is required to pay the necessary postage fee to return the documents to Plaintiff by mail, Plaintiff is advised that future submission of the service documents prior to an order by the Court directing such documentation be submitted will

1

result in disposal of the documents without consideration or retention by the Court. Accordingly, the Clerk of Court is HEREBY ORDERED to return the service of process documents received on March 20, 2017, to Plaintiff.

IT IS SO ORDERED.

Dated: **March 22, 2017**

UNITED STATES MAGISTRATE JUDGE